VARMA & CLANCY
Attorneys at Law
Geralyn M. Clancy (SBN 173401)
910 Florin Road, Ste 212
Sacramento, CA 95831
Phone (916) 429-4080
Facsimile (916) 429-4085

Attorneys for Plaintiff BRADLEY F.

**LODGED**

SEP -5 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

SCHOOL AND COLLEGE LEGAL SERVICES
Lawrence M. Schoenke, Esq. (SBN 92314)
Arthur A. Wick, Esq. (SBN 94593)
5350 Skylane Boulevard
Santa Rosa, CA 95403
tel (707) 524-2690
fax (707) 578-0517

SCHOOLS LEGAL SERVICES
Peter C. Carton, Esq. (SBN 56700)
Stacy L. Inman, Esq. (SBN 134755)
1300 17th Street, 7th Floor
P.O. Box 2445
Bakersfield, CA 93393
tel (661) 636-4830
fax (661) 636-4843

Attorneys for Defendants PANAMA-BUENA
 VISTA UNION SCHOOL DISTRICT and KERN
 COUNTY SUPERINTENDENT OF SCHOOLS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADLEY F., A minor,
 By and Through TERESA F.,
 His Guardian Ad Litem,

                Plaintiff,

v.

PANAMA-BUENA VISTA UNION
 SCHOOL DISTRICT and KERN COUNTY
 SUPERINTENDENT OF SCHOOLS,

                Defendants.
_____/

CASE NO.  CIV-F-01-5073 OWW DLB

STIPULATION TO HEARING
DATE AND TIME

STIPULATION TO HEARING DATE AND TIME

1

1  Petitioner TERESA F., on behalf of her minor son BRADLEY F., Plaintiff herein, seeks
2  the approval of this Court with regard to the compromise of disputed claims concerning a minor
3  pursuant to Local Rule 202. The petition shall be heard by Judge Dennis Beck, Magistrate Judge
4  assigned to this matter.

5  The parties, through counsel, stipulate to have this matter hear before Judge Beck at <u>9:00</u>
6  <u>a.m., on Friday, October 5, 2001</u>.

Respectfully submitted,

Dated: 8-24-01

VARMA & CLANCY
Attorneys for Plaintiff

By: _____
Geralyn M. Clancy, Esq.

Dated: 8-31-01

SCHOOL AND COLLEGE LEGAL SERVICES
Attorneys for Defendants

By: _____
Arthur Wick, Esq.

It is so Ordered. Dated: 9/6/01

_____
U.S. Magistrate Judge

STIPULATION TO HEARING DATE AND TIME

2

pk

United States District Court
for the
Eastern District of California
September 7, 2001

* * CERTIFICATE OF SERVICE * *

1:01-cv-05073

F

   v.

Panama-Buena Vista

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 7, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Geralyn M Clancy
Varma and Clancy
910 Florin Road
Suite 212
Sacramento, CA  95831

Eileen Matteucci
901 Owhanee court
Fremont, CA  94539

Lawrence Michael Schoenke
Schoool and College Legal Services
5350 Skylane Boulevard
Santa Rosa, CA  95403

Stacy Jo Lorraine Inman
Schools Legal Service
P O Box 2445
1300 17th Street
Bakersfield, CA  93303

OWW DLB

*Patti Kelly*
Deputy Clerk