VARMA & CLANCY
Attorneys at Law
Geralyn M. Clancy (SBN 173401)
910 Florin Rd., Ste. 212
Sacramento, CA 95831
tel (916) 429-4080
fax (916) 429-4085

Attorneys for Plaintiff BRADLEY F.

LODGED
JUL 19 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

| | |
|---|---|
| BRADLEY F., A minor, By and Through TERESA F., His Guardian Ad Litem, <br><br> Plaintiff, <br><br> v. <br><br> PANAMA-BUENA VISTA UNION SCHOOL DISTRICT and KERN COUNTY SUPERINTENDENT OF SCHOOLS, <br><br> Defendants. | CASE NO. CIV F 01-5073 OWW DLB <br><br> [~~PROPOSED~~] ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR |

Having reviewed the Petition of Guardian Ad Litem for Compromise of Disputed Claim of Minor and the attached Settlement Agreement, the Settlement Agreement embodies a fair compromise of the reimbursement claim and is hereby approved as to content,

IT IS SO ORDERED.

Dated: 10/7/01

_____
JUDGE OF DISTRICT COURT

1
[PROPOSED] ORDER APPROVING SETTLEMENT

```
              United States District Court
                       for the
              Eastern District of California
                    October 15, 2001
```

* * CERTIFICATE OF SERVICE * *

```
                                  1:01-cv-05073
```

F

    v.

Panama-Buena Vista

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  October 15, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Geralyn M Clancy                          OWW DLB
    Varma and Clancy
    910 Florin Road
    Suite 212
    Sacramento, CA   95831

    Eileen Matteucci
    901 Owhanee court
    Fremont, CA   94539

    Lawrence Michael Schoenke
    Schoool and College Legal Services
    5350 Skylane Boulevard
    Santa Rosa, CA   95403

    Stacy Jo Lorraine Inman
    Schools Legal Service
    P O Box 2445
    1300 17th Street
    Bakersfield, CA   93303
```