VARMA & CLANCY
Attorneys at Law
Geralyn M. Clancy (SBN 173401)
910 Florin Rd., Ste. 212
Sacramento, CA 95831
tel (916) 429-4080
fax (916) 429-4085

Attorneys for Plaintiff BRADLEY F.

SCHOOL AND COLLEGE LEGAL SERVICES
Lawrence M. Schoenke, Esq. (SBN 92314)
Arthur A. Wick, Esq. (SBN 94593)
5350 Skylane Boulevard
Santa Rosa, CA 95403
tel (707) 524-2690
fax (707) 578-0517

SCHOOLS LEGAL SERVICES
Peter C. Carton, Esq. (SBN 56700)
Stacy L. Inman, Esq. (SBN 134755)
1300 17th Street, 7th Floor
P.O. Box 2445
Bakersfield, CA 93393
tel (661) 636-4830
fax (661) 636-4843

Attorneys for Defendants PANAMA-BUENA
VISTA UNION SCHOOL DISTRICT and KERN
COUNTY SUPERINTENDENT OF SCHOOLS

**CLOSED**
DATE: 10/15/01

**LODGED**
JUL 19 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

| | |
|---|---|
| BRADLEY F., A minor,<br>By and Through TERESA F.,<br>His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>PANAMA-BUENA VISTA UNION<br>SCHOOL DISTRICT and KERN COUNTY<br>SUPERINTENDENT OF SCHOOLS,<br><br>Defendants.<br>_____/ | CASE NO.  CIV F 01-5073 OWW DLB<br><br>ORDER FOR DISMISSAL |

//

1     Based upon the Settlement Agreement by all parties and their attorneys of record, and
2 upon the Minor's Compromise in this matter, and
3     GOOD CAUSE APPEARING HEREIN, IT IS HEREBY ORDERED that the above-
4 captioned matter be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the
5 Federal Rules of Civil Procedure.

7 Dated:

8     10-71-01

                                                 JUDGE OF DISTRICT COURT

United States District Court
for the
Eastern District of California
October 15, 2001

* * CERTIFICATE OF SERVICE * *

1:01-cv-05073

F

   v.

Panama-Buena Vista

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 15, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Geralyn M Clancy                       OWW DLB
    Varma and Clancy
    910 Florin Road
    Suite 212
    Sacramento, CA   95831

    Eileen Matteucci
    901 Owhanee court
    Fremont, CA   94539

    Lawrence Michael Schoenke
    Schoool and College Legal Services
    5350 Skylane Boulevard
    Santa Rosa, CA   95403

    Stacy Jo Lorraine Inman
    Schools Legal Service
    P O Box 2445
    1300 17th Street
    Bakersfield, CA   93303